Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−30485−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gordon Franklin Adams III
   923 Ocean Road
   Point Pleasant Beach, NJ 08742

Social Security No.:
   xxx−xx−6222

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-30485-KCF
Gordon Franklin Adams, III                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.
```
db          +Gordon Franklin Adams, III,    923 Ocean Road,    Point Pleasant Beach, NJ 08742-2944
lm          +Ditech Financial LLC f/n/a Greenrtree Servicing LL,    1100 Virginia Avenue, Suite 100A,
              Fort Washington, PA 19034-3276
cr          +Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road,   Suite 100,
              Irvine, CA 92618-2132
517813358   +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
517813357   +Commonwealth Financial Systems,    Attn: Bankruptcy,    245 Main Street,
              Dickson City, PA 18519-1641
517813359   +Ditech Financial LLC,    c/o KML Law Group, PC,    216 Haddon Ave., Suite 406,
              Westmont, NJ 08108-2812
517813369   +Midland Funding LLC,    c/o Pressler & Pressler, LLP,    7 Entin Road,
              Parsippany, NJ 07054-5020
517813370   +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
517966432  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Division of Taxation,   Bankruptcy Section,
              PO Box 245,   Trenton, NJ 08695-0245)
517841535   +Specialized Loan Service,    8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
517931895   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517903410   +Wilmington Savings Fund Society, FSB,    trustee for Pretium Mortgage Acquisition,
              c/o Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517890329   +EDI: ATLASACQU.COM Jan 15 2019 04:48:00     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
517813356    EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
517813355   +EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One,    Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City, UT 84130-0285
517900980    EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
517871516    EDI: BL-BECKET.COM Jan 15 2019 04:48:00     Capital One, N.A.,    c/o Becket and Lee LLP,
              PO Box 3001,   Malvern PA 19355-0701
517813360   +EDI: BLUESTEM Jan 15 2019 04:48:00     Fingerhut,    Attn: Bankruptcy,   Po Box 1250,
              Saint Cloud, MN 56395-1250
517813361   +EDI: BLUESTEM Jan 15 2019 04:48:00     Fingerhut,    6250 Ridgewood Road,
              Saint Cloud, MN 56303-0820
517813363   +EDI: AMINFOFP.COM Jan 15 2019 04:48:00     First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
517813362   +EDI: AMINFOFP.COM Jan 15 2019 04:48:00     First Premier Bank,    Attn: Bankruptcy,
              Po Box 5524,    Sioux Falls, SD 57117-5524
517886976   +EDI: CBS7AVE Jan 15 2019 04:48:00     Ginny's,   c/o Creditors Bankruptcy Service,
              P O Box 800849,    Dallas, TX 75380-0849
517813365   +EDI: CBS7AVE Jan 15 2019 04:48:00     Ginnys/Swiss Colony Inc,    1112 7th Ave,
              Monroe, WI 53566-1364
517813364   +EDI: CBS7AVE Jan 15 2019 04:48:00     Ginnys/Swiss Colony Inc,    Attn: Credit Department,
              Po Box 2825,    Monroe, WI 53566-8025
517813366    EDI: IRS.COM Jan 15 2019 04:48:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
517813367   +EDI: CBSKOHLS.COM Jan 15 2019 04:48:00     Kohls/Capital One,    Kohls Credit,   Po Box 3120,
              Milwaukee, WI 53201-3120
517813368   +EDI: CBSKOHLS.COM Jan 15 2019 04:48:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-5660
517871317   +EDI: JEFFERSONCAP.COM Jan 15 2019 04:48:00     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517875501    EDI: Q3G.COM Jan 15 2019 04:48:00     Quantum3 Group LLC as agent for,    CF Medical LLC,
              PO Box 788,   Kirkland, WA  98083-0788
517813372   +EDI: CBS7AVE Jan 15 2019 04:48:00     Seventh Ave,    1112 7th Ave,   Monroe, WI 53566-1364
517813371   +EDI: CBS7AVE Jan 15 2019 04:48:00     Seventh Ave,    Attn: Bankruptcy Dept,   1112 7th Ave,
              Monroe, WI 53566-1364
517817298   +EDI: RMSC.COM Jan 15 2019 04:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
517886981   +EDI: CBS7AVE Jan 15 2019 04:48:00     The Swiss Colony,    c/o Creditors Bankruptcy Service,
              P O Box 800849,    Dallas, TX 75380-0849
                                                                                              TOTAL: 23
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 35

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517813373*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Assocation, successor indenture
               trustee to Bank of America, N.A., successor by merger to LaSalle Bank National Association, as
               Indenture Trustee for Home Equity Loan Trust 2007-HSA1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Assocation, successor
               indenture trustee to Bank of America, N.A., successor by merger to LaSalle Bank National
               Association, as Indenture Trustee for Home Equity Loan Trust 2007-HSA1 kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o
               Rushmore Loan Management Services dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Gordon Franklin Adams, III bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```